**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6789**

GREGORY C. KRUG,

             Plaintiff - Appellant,

       v.

VICTOR LORANTH, in his individual capacity,

             Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Aiken.  David C. Norton, District Judge. (1:14-cv-01829-DCN)

Submitted:  October 17, 2016          Decided:  October 20, 2016

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gregory C. Krug, Appellant Pro Se.  Marshall Prince, II, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Charles Krug appeals the district court's order accepting the magistrate judge's recommendation and dismissing Krug's complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), for failure to exhaust administrative remedies.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Krug v. Loranth, No. 1:14-cv-01829-DCN (D.S.C. Jan. 6, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* We remanded for the limited purpose of permitting the district court to determine whether Krug's notice of appeal should be construed as a motion to reopen the appeal period, and if so, whether reopening was merited. On remand, the district court granted Krug's motion to reopen.